UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN S. HAILE,
(DC# H44084),

    Plaintiff,

v.                                              Case No. 3:18cv1378-LC-CJK

SANFORD, et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated May 30, 2018 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    After reviewing the Report and Recommendation, the Court has determined that it should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED, and this action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g) and 28 U.S.C. § 1915A(b)(1).

3. The clerk shall close this file.

**DONE AND ORDERED** this 21st day of June, 2018.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**